# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><hr>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>WALLIN HARRISON, PLC, an Arizona professional limited liability company,<br><br>                    Defendant. | NO:  CV-12-576-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80075-PCW11<br><br>ORDER ADOPTING THE BANKRUPTCY COURT'S REPORT AND RECOMMENDATION RE: MOTIONS FOR SUMMARY JUDGMENT |

This matter comes before the Court on the Report and Recommendation of the Bankruptcy Court, ECF No. 9, as modified by the erratum issued by the Honorable Frederick P. Corbit, Bankr. Adv. Doc. 12-80075, ECF No. 69.  The

ORDER ADOPTING THE BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION RE: MOTIONS FOR SUMMARY JUDGMENT ~ 1

1  Court has reviewed the Report and Recommendation, the erratum, and the

2  documents pertaining to the underlying motions for summary judgment.  The

3  Court is fully informed.

4  Being in complete agreement with the Report and Recommendation as

5  modified by the erratum, **IT IS HEREBY ORDERED** that the Report and

6  Recommendation, **ECF No. 9**, as modified by the erratum, is **ADOPTED IN ITS**

7  **ENTIRETY**.

8  **IT IS SO ORDERED**.

9  The District Court Executive is hereby directed to enter this Order and to

10  provide copies to counsel, any pro se defendants, and to Judge Frederick P. Corbit.

11  **DATED** this 29th day of January 2014.

12

13  *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
14  Chief United States District Court Judge

15

16

17

18

19

20

ORDER ADOPTING THE BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION RE: MOTIONS FOR SUMMARY JUDGMENT ~ 2