UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>WALLIN HARRISON, PLC., an Arizona professional limited liability company,<br><br>　　　　　　　　Defendant. | NO: CV-12-576-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 12-80075-PCW11<br><br>ORDER GRANTNG STIPULATED MOTION TO DISMISS WALLIN HARRISON PLC |

**BEFORE** the Court is Plaintiff's Stipulated Motion for Dismissal of Wallin Harrison, PLC as a defendant in this matter, ECF No. 17.  Having reviewed said motion and the file and pleadings therein, the Court finds good cause to approve

ORDER GRANTNG STIPULATED MOTION TO DISMISS WALLIN HARRISON PLC ~ 1

1  dismissal of the named defendant. Accordingly, **IT IS HEREBY ORDERED** that

2  Plaintiff's Stipulated Motion to Dismiss Wallin Harrison, PLC with Prejudice,

3  **ECF No. 17,** is **GRANTED**. Defendant Wallin Harrison, PLC is hereby

4  dismissed with prejudice and without costs as to either party.

5  The District Court Clerk is directed to enter this Order and provide copies of

6  this Order to counsel and **close** this case

7  **DATED** this 13th day of March 2014.

        _s/ Rosanna Malouf Peterson_
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER GRANTNG STIPULATED MOTION TO DISMISS WALLIN HARRISON PLC ~ 2